UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| ANTHONY BOUYER, an individual, | Case No. CV 21-1842-DMG (RAOx) |
|---|---|
| Plaintiff, | **ORDER RE DISMISSAL OF ACTION WITH PREJUDICE [28]** |
| v. | |
| RANCHO MARKETPLACE GATEWAY, LLC, a Delaware limited liability company; and DOES 1-10, inclusive, | |
| Defendants. | |

1

After consideration of the Joint Stipulation for Dismissal of the entire action with Prejudice filed by Plaintiff Anthony Bouyer ("Plaintiff") and Rancho Marketplace Gateway, LLC ("Defendant"), the above-captioned action is hereby dismissed with prejudice, in its entirety. Each party shall bear his or its own costs and attorneys' fees.

IT IS SO ORDERED.

DATED: March 9, 2022

DOLLY M. GEE
UNITED STATES DISTRICT JUDGE